# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:25-CR-54-CAR-CHW |
| LAKEITHA DAVIS HOLMES, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Lakeitha Davis Holmes' Unopposed Motion to Continue [Doc. 13] the pretrial conference scheduled for December 16, 2025, and the trial, anticipated to begin on January 13, 2026, to the next available term before this Court. On November 18, 2025, the Grand Jury returned a four-count indictment charging Defendant with committing wire fraud and making false statements arising from funds she received from the CARES Act. On December 3, 2025, Defendant was appointed counsel, pled not guilty at her initial appearance, and was released on an unsecured bond. This case has not been previously continued, and the Government does not oppose this request for a continuance.

Defense counsel represents the Government's lead attorney is still preparing discovery, and additional time is needed to conduct defense investigations and research. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the

interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 13], and **HEREBY ORDERS** that this case be continued until March 24, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

      **SO ORDERED,** this 10th day of December, 2025.

                                      s/ C. Ashley Royal_____
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT